Fox et al., Appellants, *v.* Davey
Compressor Company.

Argued March 28, 1935. Before FRAZER, C. J., SIMP-
SON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

334

336

*Henry A. Jones,* for appellants.

*Gifford K. Wright,* of *Alter, Wright & Barron,* with him *James K. Ruby,* for appellee.

PER CURIAM, April 22, 1935:

At the trial in the lower court a nonsuit was entered which the court in banc subsequently refused to take off. We find no error in the record, and the judgment is affirmed on the opinion of the learned trial judge.

Judgment affirmed at appellants' costs.